IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE ANDROGEL ANTITRUST LITIGATION (II) | CASE NO. 1:09-MD-2084-TWT<br>ALL CASES |

## ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS

WHEREAS Defendants ParPaddock filed a motion to dismiss for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure against Plaintiff Federal Trade Commission in related action 1:09-cv-955-TWT [Dkt. No. 239], joined by Defendant Solvay [Dkt. No. 242], asserting immunity under the *Noerr-Pennington* doctrine based on this Court's September 15, 2006 Consent Judgment and Order of Permanent Injunction entered in *Unimed Pharms., Inc. et al. v. Paddock Labs., Inc.*, case number 1:03-cv-2503-TWT;

WHEREAS this Court denied the motion to dismiss in an Opinion and Order entered on April 21, 2014 [Dkt. No. 281];

WHEREAS at the Court's status conference in these matters held on May 16, 2014, Defendants ParPaddock and Solvay moved in open court for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure on the

above-referenced grounds against the private plaintiffs in the actions consolidated in MDL-2084;

WHEREAS Defendants ParPaddock and Solvay so moved in open court for the stated purpose of preserving the *Noerr-Pennington* immunity issue for appellate review in the private actions consolidated in MDL-2084; and

WHEREAS counsel for the private plaintiffs in these actions consented to the Court's resolution of said motion for judgment on the pleadings on the same grounds as stated in the Court's April 21, 2014 Opinion and Order, subject to the stipulation that the private plaintiffs preserve all arguments (including any not raised by Plaintiff Federal Trade Commission in opposition to the motion to dismiss) on any appeal,

IT IS HEREBY ORDERED and ADJUDGED that Defendants ParPaddock and Solvay's motion for judgment on the pleadings asserting immunity under the *Noerr-Pennington* doctrine based on this Court's September 15, 2006 Consent Judgment and Order of Permanent Injunction is denied for the reasons stated in the Court's Opinion and Order of April 21, 2014 [Dkt. No. 281] in related action 1:09-cv-955-TWT.

DATED: 5/23/2014        /s/Thomas W. Thrash
                        HONORABLE THOMAS W. THRASH, JR.
                        UNITED STATES DISTRICT JUDGE