IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ANDROGEL ANTITRUST LITIGATION (NO. II) | MDL DOCKET NO. 2084<br>ALL CASES<br><br>1:09-MD-2084-TWT |

ORDER

It is hereby ORDERED that the following counsel are permitted to bring cellular telephones or other electronic devices with cameras to Judge Thrash's Courtroom 2108 or Chambers 2188 on the 21st floor of the United States Courthouse June 22, 2015 for Status Conference scheduled for 3:30 p.m.:

- Saralisa Brau
- Ellen Noteware
- Eric Grannon
- Joseph Opper
- Rohit Singla
- Harold Kirtz
- Heather Johnson
- Anna Neill
- Markus Meier
- Paul Eckles
- David Sorensen

Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

SO ORDERED, this 15th day of June, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge