IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE ANDROGEL ANTITRUST LITIGATION (II)** | Master Dkt. No.: 1:09-md-2084-TWT<br>ALL CASES |
| **FEDERAL TRADE COMMISSION,**<br><br>     Plaintiff,<br><br>vs.<br><br>**ACTAVIS, INC., et al.,**<br><br>     Defendants. | Case Number: 1:09-cv-955-TWT |

## CONSENT ORDER MODIFYING SCHEDULE

Upon consideration of the parties' joint request to modify the Case Schedule, and for good cause shown, it is hereby ORDERED that the following case schedule shall apply to the above-captioned cases. All limits on discovery set forth in sections II to VI of the Discovery Order, entered June 11, 2014 (Doc. 972), remain in effect.

1

| EVENT | PROPOSED DUE DATE |
|---|---|
| Fact Discovery Closes | 3/23/2016 |
| Plaintiffs' Expert Reports to be served on Merits and Class Certification Issues | 5/10/2016 |
| Depositions of Plaintiffs' Experts on their Expert Reports on Merits and Class Certification Issues | 5/11/2016 to 6/10/2016 |
| Defendants' Expert Reports to be served on Merits and Class Certification Issues | 7/7/2016 |
| Depositions of Defendants' Experts on their Expert Reports On Merits and Class Certification Issues | 7/8/16 to 8/5/16 |
| Plaintiffs' Expert Reply Reports to be served on Merits and Class Certification Issues | 9/1/2016 |
| Depositions of Plaintiffs' Experts on their Reply Reports | 9/2/2016 to 9/23/2016 |
| Expert Discovery Closes | 9/23/2016 |
| Rule 16.3 Conference | 9/23/2016 to 10/7/2016 |
| Summary Judgment Motions to be filed | 11/15/2016 |
| Oppositions to Summary Judgment Motions to be filed | 12/15/2016 (30 days from filing of Dispositive Motion) |
| Replies in Support of Summary | 1/16/2017 (32 days from filing of |

| EVENT | PROPOSED DUE DATE |
|---|---|
| Judgment Motions to be filed | Opposition) |
| Plaintiffs' Class Certification Motions to be filed | 2/3/2017 (18 days from filing of SJ Replies) |
| Defendants' Opposition to Class Certification Motions to be filed[1] | 3/20/2017 (45 days from filing of Class Certification Motions) |
| Plaintiffs' Replies in Support of Class Certification Motions to be filed | 5/4/2017 (45 days from filing of Oppositions to Class Certification Motions) |

**So ORDERED, this 24th day of November, 2015.**

**/s/Thomas W. Thrash**
**Thomas W. Thrash, Jr.**
**United States District Judge**

---

[1] If the Court grants any motion permitting Defendants to file a supplemental expert report on class certification, the following schedule modifications apply:
- Defendants' supplemental expert report will be served no later than 3/20/2017;
- Deposition of Defendants' expert on his/her supplemental expert report will occur between 3/21/2017 and 4/11/2017.