# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ACTAVIS, INC., et al.,**<br><br>Defendants. | **Case No. 1:09-cv-955-TWT** |

**Plaintiff Federal Trade Commission's Motion to
Exclude Defendants' Patent Expert Testimony**

Pursuant to Local Rules 16.4B.21 and 26.2C and the Court's October 2, 2018 Pretrial Schedule (Dkt. No. 725), the Federal Trade Commission respectfully moves for an order precluding Defendants' introduction of expert testimony on patent merits for the reasons stated in the accompanying Memorandum of Law.

Dated: December 21, 2018    /s/ Kara Monahan
                            Kara Monahan
                            Federal Trade Commission
                            600 Pennsylvania Avenue, NW
                            Washington, DC 20580
                            Tel: 202-326-2018

                            *Counsel for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I have served all counsel of record by electronic mail with a true and correct copy of the **Plaintiff Federal Trade Commission's Motion to Exclude Defendants' Patent Expert Testimony** and the accompanying Memorandum of Law and the Declaration of Kara Monahan and attached exhibits.

Dated: December 21, 2018        */s/ Kara Monahan*
                                Kara Monahan
                                Federal Trade Commission
                                600 Pennsylvania Avenue, NW
                                Washington, DC 20580
                                Tel: 202-326-2018

                                *Counsel for Plaintiff Federal Trade Commission*

1